UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JAMES MARQUIS SPENCER,

       Petitioner,

v.

CATHERINE BAUMAN,

       Respondent.
_____/

Case No. 2:17-cv-128

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to file an amended complaint on the proper form.


Dated: March 15, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge